IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 23-cr-260 ADM/DTS |
| | ) | Date: September 7, 2023 |
| Lindsay Marie Carroll, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9W |
| Defendant, | ) | Time Commenced: 1:56 p.m. |
| | | Time Concluded: 2:03 p.m. |
| | | Time in Court: 7 minutes |

APPEARANCES:

Plaintiff: Justin Wesley, Assistant U.S. Attorney
Defendant: Rachael Goldberger
     X Retained

Date Charges Filed: 8/23/2023   Offense: Possession with intent to distribute cocaine.

X Advised of Rights

on   X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Government moves to unseal the case.    X Granted

Additional Information:

X Oral Rule5(f) Brady notice read on the record.
X Defendant was also arraigned at this hearing, see separate arraignment minutes.

                    *s/Ashley Nelson*
                    Signature of Courtroom Deputy