**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,                     Case No. 23-cr-260 (ADM/DTS)

     Plaintiff,

v.                                            **ORDER**

Lindsay Marie Carroll (1),

     Defendant.

---

This matter comes before the Court on defendant's motion for continuance of motion filing date. Dkt. No. 14. Defendant requests a 30-day continuance of the pretrial motions deadline and hearing based on amount of disclosures by the Government and the need for additional time to prepare his defense.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his attorney reasonable time necessary for effective preparation and to make efficient use of the parties' resources.  Based on all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1.    Defendant's motion for continuance of motion filing date, Dkt. No. 14, is **GRANTED**. All motions in this case shall be filed by **October 30, 2023**. Counsel is directed to read the Court's Case Management Order, Dkt. No. 13, prior to filing any discovery motion.

2.    Counsel must file a letter on or before **October 30, 2023** if no motions will be filed and there is no need for a motions hearing.

3.      Responses to the motions must be filed by **November 13, 2023**.

4.      Any Notice of Intent to Call Witnesses must be filed by **November 13, 2023**. D. Minn. LR 12.1(c)(3)(A).

5.      Any Responsive Notice of Intent to Call Witnesses must be filed by **November 16, 2023**. D. Minn. LR 12.1(c)(3)(B).

6.      The motions shall be heard before Magistrate Judge David T. Schultz on **November 21, 2023** at **2:00 pm**, in Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis.

7.      The period of time from **September 28, 2023 through October 30, 2023**, shall be excluded from Speedy Trial Act computations for Defendant.

8.      Counsel must contact the Courtroom Deputy for District Judge Ann D. Montgomery to confirm the new trial date.

Dated: September 29, 2029              ___s/David T. Schultz_____
                                       DAVID T. SCHULTZ
                                       U.S. Magistrate Judge